**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FEB 22 2019

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR BOTNARI, | No. 17-71305 |
| Petitioner, | Agency No. A207-067-316 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 19, 2019[**]

Before:     FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

Victor Botnari, a citizen of Moldova, petitions for review of the Board of

Immigration Appeals' order denying administrative closure. We have jurisdiction

under 8 U.S.C. § 1252. We deny the petition for review.

Botnari establishes no error in the agency's denial of administrative closure

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

on the record before it, under the factors applicable at the time of the

hearing. *See Gonzalez-Caraveo v. Sessions*, 882 F.3d 885, 891 (9th Cir. 2018).

**PETITION FOR REVIEW DENIED.**